## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In Re:    LOUISE JONES                                                 Case No.: 10-15348

            Debtor(s)

---

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 04/07/2010.

2) This case was confirmed on 05/27/2010.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 09/27/2011, 01/11/2012.

5) The case was dismissed on 03/15/2012.

6) Number of months from filing to the last payment: 17

7) Number of months case was pending: 27

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $ 817,750.00

10) Amount of unsecured claims discharged without payment $       .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $ 6,800.00 |
| Less amount refunded to debtor | $ 11.30 |
| **NET RECEIPTS** | $ 6,788.70 |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid through the Plan | $ 1,891.50 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ 361.99 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 2,253.49 |
| Attorney fees paid and disclosed by debtor | $ 1,608.50 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| EAST BAY FUNDING | UNSECURED | 443.41 | 666.98 | 666.98 | 224.14 | .00 |
| WEST SUBURBAN MEDICA | UNSECURED | 723.00 | 857.46 | 857.46 | 288.17 | .00 |
| CITY OF CHICAGO WATE | SECURED | 242.46 | 1,491.36 | 1,491.36 | 1,491.36 | .00 |
| CITY OF CHICAGO WATE | UNSECURED | 242.46 | NA | NA | .00 | .00 |
| WELLS FARGO BANK NA | SECURED | 174,000.00 | 196,163.43 | .00 | .00 | .00 |
| WELLS FARGO BANK NA | UNSECURED | 31,232.00 | NA | NA | .00 | .00 |
| WELLS FARGO BANK NA | SECURED | NA | 12,211.45 | .00 | .00 | .00 |
| SILVERLEAF RESORTS I | SECURED | 4,000.00 | 5,485.92 | .00 | .00 | .00 |
| ACL INC | UNSECURED | 37.00 | NA | NA | .00 | .00 |
| ADVANCE AMERICA | UNSECURED | 972.00 | NA | NA | .00 | .00 |
| US CELLULAR | UNSECURED | 244.00 | NA | NA | .00 | .00 |
| FIRST CASH | UNSECURED | 416.00 | NA | NA | .00 | .00 |
| AMERICAS FINANCIAL C | UNSECURED | 1,147.00 | NA | NA | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 62.41 | 86.25 | 86.25 | 17.72 | .00 |
| AUSTIN BANK OF CHICA | UNSECURED | 2,910.00 | NA | NA | .00 | .00 |
| CALUMET COLLEGE OF S | UNSECURED | 2,093.00 | NA | NA | .00 | .00 |
| CHECK N GO | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| CHECK INTO CASH | UNSECURED | 379.00 | NA | NA | .00 | .00 |
| CHECK N GO | UNSECURED | 1,100.00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO DEPT | UNSECURED | 220.00 | 2,344.00 | 2,344.00 | 787.75 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 758.37 | 1,137.57 | 1,137.57 | 382.30 | .00 |
| CAMEO ENDODONTICS | UNSECURED | 748.00 | NA | NA | .00 | .00 |
| CAMEO ENDODONTICS | UNSECURED | 133.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| CHECK N GO | UNSECURED | 300.00 | NA | NA | .00 | .00 |
| CHECK N GO | UNSECURED | 300.00 | NA | NA | .00 | .00 |
| CHECK N GO | UNSECURED | 300.00 | NA | NA | .00 | .00 |
| CHECK N GO | UNSECURED | 111.00 | NA | NA | .00 | .00 |
| EMERGENCY PYSICIANS | UNSECURED | 161.20 | NA | NA | .00 | .00 |
| EMERGENCY PYSICIANS | UNSECURED | 12.80 | NA | NA | .00 | .00 |
| FORD MOTOR CREDIT CO | UNSECURED | 7,389.00 | 497.79 | 497.79 | 167.29 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 308.78 | 426.75 | 426.75 | 143.41 | .00 |
| WEST SUBURBAN MED CT | UNSECURED | 620.42 | NA | NA | .00 | .00 |
| WEST SUBURBAN MEDICA | UNSECURED | 451.00 | NA | NA | .00 | .00 |
| WEST SUBURBAN MEDICA | UNSECURED | 339.00 | NA | NA | .00 | .00 |
| WEST SUBURBAN MEDICA | UNSECURED | 317.00 | NA | NA | .00 | .00 |
| WEST SUBURBAN MEDICA | UNSECURED | 142.00 | NA | NA | .00 | .00 |
| PREMIER RIVER NORTH | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| PREMIER RIVER NORTH | UNSECURED | 37.00 | NA | NA | .00 | .00 |
| LVNV FUNDING | UNSECURED | 36.50 | 50.45 | 50.45 | 16.97 | .00 |
| MAX RECOVERY | UNSECURED | 1,112.12 | 1,537.03 | 1,537.03 | 516.54 | .00 |
| OAK PARK CARDIOLOGY | UNSECURED | 33.41 | NA | NA | .00 | .00 |
| ONE IRON VENTURES IN | UNSECURED | 811.00 | NA | NA | .00 | .00 |
| PEOPLES GAS LIGHT & | UNSECURED | 1,672.14 | NA | NA | .00 | .00 |
| PEOPLES GAS LIGHT & | UNSECURED | 625.32 | NA | NA | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 256.50 | 435.61 | 435.61 | 146.39 | .00 |
| US CELLULAR | UNSECURED | 87.08 | NA | NA | .00 | .00 |
| RESURRECTION HEALTH | UNSECURED | 524.00 | NA | NA | .00 | .00 |
| RESURRECTION HEALTH | UNSECURED | 3,394.00 | NA | NA | .00 | .00 |
| RESURRECTION HEALTH | UNSECURED | 680.00 | NA | NA | .00 | .00 |
| SPRINT | UNSECURED | 365.46 | NA | NA | .00 | .00 |
| ACL LABORATORIES | UNSECURED | 632.00 | 634.88 | 634.88 | 213.37 | .00 |
| PLS FINANCIAL SVCS I | UNSECURED | 1,241.58 | NA | NA | .00 | .00 |
| PLS FINANCIAL SVCS I | UNSECURED | 1,124.52 | NA | NA | .00 | .00 |
| UNIVERSITY OF CHICAG | UNSECURED | 25.80 | NA | NA | .00 | .00 |
| VILLAGE OF OAK PARK | UNSECURED | 555.00 | NA | NA | .00 | .00 |
| VILLAGE RADIOLOGY | UNSECURED | 11.70 | NA | NA | .00 | .00 |
| HSBC BANK USA NA | OTHER | NA | NA | NA | .00 | .00 |
| AIS SVC LLC | UNSECURED | NA | 416.00 | 416.00 | 139.80 | .00 |
| HSBC BANK USA | SECURED | NA | .00 | .00 | .00 | .00 |
| WELLS FARGO BANK | OTHER | NA | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | .00 | .00 | .00 |
| All Other Secured | 1,491.36 | 1,491.36 | .00 |
| **TOTAL SECURED:** | 1,491.36 | 1,491.36 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 9,090.77 | 3,043.85 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 2,253.49 |
| Disbursements to Creditors | $ | 4,535.21 |
| **TOTAL DISBURSEMENTS:** | $ | 6,788.70 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:   06/28/2012                              /s/ Tom  Vaughn
                                                 Tom  Vaughn, Chapter  13  Trustee

**STATEMENT**    : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption  5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**